**No. 52331.**—Fung Chong & Co. *v.* United States, protest 969279–G (San Francisco).

Opinion by CLINE, J. Lily bulbs stipulated to be the same in all material respects as the bak hop the subject of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) were held entitled to free entry under paragraph 1669 as crude drugs. Chinese wine stipulated to be the same as that the subject of *Wing Duck Co.* v. *United States* (6 Cust. Ct. 133, C. D. 446) was held exempt from assessment under the Liquor Taxing Act of 1934, as an alcoholic medicinal preparation. The protests were sustained to this extent.